NO. 07-06-0349-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

OCTOBER 19, 2006
_____

ALEX M. FLORES, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE
_____

FROM THE 364TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2005-409540; HONORABLE BRADLEY S. UNDERWOOD, JUDGE
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

**ON ABATEMENT AND REMAND**

Appellant, Alex Martinez Flores, appeals his conviction for possession of a controlled substance (cocaine) in an amount less than 200 grams but at least four grams and sentence of 30 years incarceration in the Institutional Division of the Texas Department of Criminal Justice. For the reasons stated herein, we abate and remand.

After a careful examination of the clerk's record, we are unable to determine the date sentence was imposed in open court. The judgment indicates that sentence was imposed on June 15, 2006 and on August 24, 2006. Because the date sentence is

imposed in open court is essential in determining the time in which an appeal may be perfected, see TEX. R. APP. P. 26.2, we now abate and remand the cause to the trial court for a determination of the appropriate sentencing date. We direct the trial court clerk to forward a corrected order which consistently reflects the date sentence was imposed in open court to the Clerk of this Court in a supplemental clerk's record by Tuesday, November 14, 2006.

It is so ordered.

Per Curiam

Do not publish.